# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Philip Alexander Martin ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-05507-FB-PK |
| Navient Solutions, LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Philip Alexander Martin.

Date: 02/05/2018

/s/Brett D. Sherman
*Attorney's signature*

Brett D. Sherman BS5688
*Printed name and bar number*

Law Office of Adam G. Singer PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165
*Address*

brett.sherman@adamsingerlaw.com
*E-mail address*

(212) 842-2428
*Telephone number*

(212) 658-9682
*FAX number*