October 15, 2018

**VIA ECF**
The Honorable Peggy Kuo
Magistrate Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: **Martin v. Navient Solutions, LLC et al.; 17-cv-05507 (FB) (PK)**
          *Joint Report concerning mediation*

Dear Magistrate Judge Kuo:

      All parties in the above-referenced action ("Action") – Plaintiff Philip A. Martin and Defendants Navient Solutions, LLC ("NSL"), Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("Trans Union") – submit this joint report to advise the Court about the outcome of the parties' October 11, 2018 mediation session. At mediation, Plaintiff and NSL reached a settlement in principle concerning all claims Plaintiff asserted against NSL in the Action. Once these parties consummate the settlement pursuant to a written agreement, they will (unless the Court orders otherwise) promptly file a stipulation and proposed order to dismiss Plaintiff's claims against NSL with prejudice.

      Although Plaintiff was not able to agree to settlement terms with either Experian or Trans Union, each of these parties believes that the mediation session was productive and intends to continue earnest negotiations with the hope that settlement is possible prior to expending substantial additional time and resources on litigation.[1]

Respectfully submitted,

| | |
|---|---|
| /s/Adam G. Singer | /s/Scott H. Bernstein |
| Adam G. Singer, Esq. | Scott H. Bernstein, Esq. |
| LAW OFFICE OF ADAM G. SINGER, PLLC | STRADLEY RONON STEVENS & YOUNG, LLP |
| One Grand Central Place | 100 Park Avenue, |
| 60 East 42nd Street, Suite 4600 | Suite 2000 |
| New York, NY 10165 | New York, NY 10017 |
| *Counsel for Plaintiff* | *Counsel for Defendant Navient Solutions, LLC* |

---

[1] Plaintiff, Trans Union, and Experian will submit a proposed revised scheduling order today via a separate ECF filing.

| | |
|---|---|
| /s/ Joseph J. Boylan | /s/Katherine C. Robinson |
| Joseph J. Boylan, Esq. | Katherine C. Robinson, Esq. |
| JONES DAY | SCHUCKIT & ASSOCIATES, P.C. |
| 250 Vesey Street | 4545 Northwestern Drive |
| New York, NY 10281 | Zionsville, IN 46077 |
| *Counsel for Defendant Experian Information Solutions, Inc.* | *Counsel for Defendant Trans Union LLC* |